**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

AKF, INC. d/b/a FUNDKITE,

                Plaintiff,

    -against-

ARNOLD BROTHERS FOREST PRODUCTS, INC.,
BELCHER FAMILY FARMS LLC, AND JAMES
WYATT BELCHER,

                Defendants.

------------------------------------------x

DEFAULT JUDGMENT

20 Civ. 7708 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This action having been commenced on September 18, 2020 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendants Arnold Brothers Forest Products, Inc., Belcher Family Farms LLC, and James Wyatt Belcher on September 28, 2020 through James Wyatt Belcher, individually and as authorized agent of Defendants, and proof of service having been filed on September 28, 2020, and Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

    ORDERED, ADJUDGED, AND DECREED that Plaintiff AKF, Inc. d/b/a as FUNDKITE have judgment, plus statutory pre and post-judgment interest, attorneys' fees and costs against Defendants Arnold Brothers Forest Products, Inc., Belcher Family Farms LLC, and James Wyatt Belcher.

    This matter is referred to Magistrate Judge Barbara C. Moses for an inquest on damages, attorneys' fees, and costs.

Dated: New York, New York
      December 10, 2020

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge