UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AKF, INC. d/b/a FUNDKITE,

                Plaintiff,                    20 **CIVIL** 7708 (GBD)(BCM)

     -against-                        **<u>JUDGMENT</u>**

ARNOLD BROTHERS FOREST PRODUCTS, INC.;
BELCHER FAMILY FARMS LLC; JAMES WYATT
BELCHER,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated August 17, 2023, the Court adopts the Report & Recommendation in its entirety. Final judgment shall be entered ordering Defendants to pay Plaintiff: (i) $134,000 in compensatory damages; (ii) $40,475.34 prejudgment interest; and (iii) $3,557.50 in attorneys' fees and costs, with the judgment running jointly and severally against all three Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
          August 17, 2023

                                                       **RUBY J. KRAJICK**

                                                        _____
                                                              **Clerk of Court**

                          **BY:**

                                                        _____
                                                              **Deputy Clerk**